# EXHIBIT 1
# March 7, 2015 Text Message

**D Bqe Owner**
+13056092815

> CALL ME when u free
> 12:29 PM

> I do not appreciate my integrity being challenged although I understand your concern, you will see the camera will verify what I told you but in the mean time i will be there at 5 o'clock to get my money that can not legally be kept from the employee, I can come with my lawyer and the police for a civil assist if deemed necessary.
>
> MMS 2:11 PM