IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALIA GAMBLE,<br><br>    Plaintiff,<br><br>v.<br><br>BQE HOSPITALITY GROUP, INC.;<br>DARRYL BROWN; and KENYA<br>AMOS<br>    Defendants. | CIVIL ACTION NO.<br><br>1:15-CV-01248-SCJ |

## ORDER

This matter is before the Court on a Joint Motion for Review and Approval of the Parties' Settlement Agreement and Full and Final Release of All Claims. The Court finds that Plaintiff's claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Review and Approval of Settlement Agreement and Full and Final Release of All Claims is **GRANTED**.*

2. The Parties' Settlement Agreement and Full and Final Release of All

2

Claims is **APPROVED**.

IT IS SO ORDERED, this the __4th__ day of __March_____ 2016.

_s/Steve C. Jones_____
Honorable Steve C. Jones
United States District Judge

*The Court does not agree that attorney fees are not subject to judicial scrutiny when the parties agree to the amounts to be paid.  The Court maintains the authority to approve attorney fees even if there is agreement among the parties.  After reviewing the proposed Settlement Agreement and Full Release of All Claims, the Court finds that the settlement, including attorney fees, is a fair and reasonable resolution of the disputes.